**AMERICAN LIFE & ACCIDENT INSURANCE COMPANY, Appellant,
v. Julia Mae GAINES, Appellee.**

Court of Appeals of Kentucky.

March 24, 1942.

Taylor & Milam for appellant.

O. M. Smith for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

**ANGLO-AMERICAN MILL CORPORATION, Movant, v. FRANKLIN
PIONEER CORPORATION, Opposed.**

Court of Appeals of Kentucky.

March 24, 1942.

Cary, Miller & Kirk for movant.

Wilson & Wilson opposed.

PER CURIAM.

Motion for an appeal from the Daviess Circuit Court. Judgment for $300. Motion for an appeal overruled and judgment affirmed.

**Cresseli EDWARDS, Appellant, v. Mrs. A. L. BALES, Appellee.**

Court of Appeals of Kentucky.

March 17, 1942

B. J. Bethurum for appellant.

Russell Jones for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.